**GUTRIDE SAFIER REESE LLP**
Seth A. Safier (Cal. State Bar No. 197427)
835 Douglass Street
San Francisco, California 94114
Telephone:  (415) 271-6469
Facsimile:   (415) 449-6469
safier@gutridesafier.com

**GUTRIDE SAFIER REESE LLP**
Michael R. Reese (Cal. State Bar No. 206773)
230 Park Avenue, Suite 963
New York, New York 10169
Telephone:  (212) 579-4625
Facsimile:  (212) 253-4272
michael@gutridesafier.com

- and -

**BROWER PIVEN**
**A Professional Corporation**
Charles J. Piven
401 East Pratt – Suite 2525
Baltimore, Maryland 21202
Telephone:  (410) 986-0036
piven@browerpiven.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KATHLEEN MURPHY, Individually And On Behalf Of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> PEGASUS WIRELESS CORP., JASPER KNABB, STEPHEN DURLAND and ALEX TSAO. <br><br> Defendants. | Case No. 3:06-cv-07955-MMC <br> _____ <br><br> STIPULATION AND [PROPOSED] ORDER TO TAKE OFF CALENDAR THE CASE MANAGEMENT CONFERENCE SCHEDULED FOR APRIL 27, 2007 |

1 WHEREAS, an initial case management conference has been scheduled in the above-captioned action for April 27, 2007 at 10:30 a.m.;

WHEREAS, the case of *Mitchell v. Pegasus Wireless Corporation, et al.* No. 06-cv-6969 (MHP) ("*Mitchell* Action") is pending before the Hon. Marilyn H. Patel;

WHEREAS, a motion to relate to the above-captioned case to the *Mitchell* Action is currently pending;

WHEREAS, the *Mitchell* Action was filed prior to the filing of the above-captioned case and bears the lower case number;

WHEREAS, currently pending before Judge Patel in the *Mitchell* Action is a motion to consolidate the above-captioned matter with the *Mitchell* Action and the appointment of lead plaintiff and lead counsel pursuant to the Private Securities Litigation Reform Act of 1995;

THEREFORE, it is hereby stipulated, and respectfully requested of the Court to order that:

The initial case management conference scheduled for April 27, 2007 at 10:30 a.m. in the above-captioned case is taken off calendar.

DATED: April 27, 2007

**GUTRIDE SAFIER REESE LLP**
By: /s/ Seth A. Safier
Seth A. Safier
835 Douglass Street
San Francisco, California 94114

**GUTRIDE SAFIER REESE LLP**
Michael R. Reese
230 Park Avenue, Suite 963
New York, New York 10169

- and -

**BROWER PIVEN**
**A Professional Corporation**
Charles J. Piven
401 East Pratt – Suite 2525
Baltimore, Maryland 21202

*Attorneys for Kathleen Murphy*

Stipulation and [Proposed] Order to Take Case Management Conference off Calendar
Case No. 3:06-cv-07955-MCC

* * *

ORDER

Based upon stipulation, and good cause appearing, the Initial Case Management Conference scheduled for April 27, 2007 at 10:30 a.m. is hereby taken off the Court's calendar, and CONTINUED to July 6, 2007 at 10:30 a.m.

Date:   April 27, 2007

_____
Honorable Maxine M. Chesney

Stipulation and [Proposed] Order to Take Case Management Conference off Calendar
Case No. 3:06-cv-07955-MCC