UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MITCHELL, Individually And On Behalf of All Others Similarly Situated,<br><br>　　　　　　　　　Plaintiff,<br><br>vs.<br><br>PEGASUS WIRELESS CORPORATION, JASPER KNABB, STEPHEN DURLAND, and ALEX TSAO,<br><br>　　　　　　　　　Defendants. | [~~PROPOSED~~] **ORDER CONSOLIDATING ACTIONS**<br><br>CIVIL ACTION NO. 3:06-CV-6969-MHP<br><br>CLASS ACTION |

[PROPOSED] ORDER CONSOLIDATING ACTIONS

| | | |
|---|---|---|
| 1 | VASILIOS POURNARAS, Individually And On Behalf of All Others Similarly Situated, | ) ) ) ) |
| 2 | | |
| 3 | | |
| 4 | Plaintiff, | ) ) CIVIL ACTION NO. 3:07-CV-04600-MHP |
| 5 | vs. | ) ) |
| 6 | PEGASUS WIRELESS CORPORATION, JASPER KNABB, STEPHEN DURLAND, ALEX TSAO, CASPAR LEE, JERRY SHIH, NICHOLAS PERATICOS, WILLIAM HORN, EDWARD CELANO, MICHAEL EATON, ERIC LUTZ, and DOUGLAS HIRSCH, | ) CLASS ACTION ) ) ) ) ) ) ) ) |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | ) |
| 11 | Defendants. | ) ) |
| 12 | | ) ) |
| 13 | | ) ) |
| 14 | | ) ) |
| 15 | | ) |
| 16 | KATHLEEN MURPHY, Individually And On Behalf of All Others Similarly Situated, | ) ) ) |
| 17 | | ) CIVIL ACTION NO. 3:06-CV-07955-MHP |
| 18 | Plaintiff, | ) ) |
| 19 | vs. | ) CLASS ACTION ) |
| 20 | PEGASUS WIRELESS CORPORATION, JASPER KNABB, STEPHEN DURLAND, and ALEX TSAO, | ) ) ) |
| 21 | | ) |
| 22 | Defendants. | ) ) |
| 23 | | ) ) |
| 24 | | ) ) |
| 25 | | ) ) |
| 26 | | |
| 27 | | |
| 28 | | |

[PROPOSED] ORDER CONSOLIDATING ACTIONS

1  Having considered the motion of the Pournaras Group to consolidate all related actions, and
2  good cause appearing therefore, the following actions are hereby consolidated for all purposes,
3  pursuant to Fed. R. Civ. Pro. 42:

4
5  1. *Mitchell v. Pegasus et al.*, 3:06-CV-06969-MHP
6  2. *Pournaras v. Pegasus et al.*, 3:07-CV-04600-MHP
7  3. *Murphy v. Pegasus et al.*, 3:06-CV-07955-MHP

8  Subsequent filings in these consolidated actions shall bear the caption In Re Pegasus
9  Wireless Corporation Securities Litigation, 3:06-CV-06969-MHP.

10  Any later filed related action is hereby consolidated with these cases.

11
12  DATED: September 24, 2007    SO ORDERED:

13
14
15  _____
16  THE HONORABLE MARILYN HALL PATEL
    UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER CONSOLIDATING ACTIONS